IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 2:25-cr-00639-BHH |
| | ) |
| v. | ) |
| | ) |
| ANTHONY LEON GOODRUM | ) |

### PRELIMINARY ORDER OF FORFEITURE AS TO ANTHONY LEON GOODRUM

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Anthony Leon Goodrum ("Goodrum", "Defendant"), based upon the following:

1.  On May 2, 2025, an Information was filed charging Goodrum with theft or receipt of stolen mail, in violation of 18 U.S.C. ' 1708.

2.  Pursuant to Fed. R. Crim. P. 32.2(a), the Information contained a notice of forfeiture providing that upon Goodrum's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets include, but are not limited to the following:

Proceeds/Forfeiture Judgment[1]:

A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the violation charged in this Information, that is, $62,868.75 in United States currency, and all interest and proceeds traceable thereto as a result of his violation of 18 U.S.C. § 1708.

---

[1] The government is pursuing a $62,868.36 forfeiture judgment against the Defendant, which is the remaining loss amount to the victim.

3.  On June 4, 2025, Goodrum pled guilty to the charge of theft or receipt of stolen mail.

4.  Based upon the record and Defendant's conviction, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

5.  The court has determined that the government has established the requisite nexus between the said property subject to forfeiture and the offense for which Goodrum has been convicted; therefore, the United States is entitled to a preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

Accordingly, it is hereby **ORDERED,**

1.  The below-described property, and all rights, title, and interest of the Defendant, Anthony Leon Goodrum, in and to such property, is hereby forfeited to the United States of America, for disposition in accordance with law, subject to the rights of third parties in such property under 21 U.S.C. § 853(n).

2.  FORFEITURE IS ORDERED against Anthony Leon Goodrum and in favor of the United States for $62,868.36.  The United States may at any time move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the forfeiture judgment.

3.  The United States may sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed forfeiture judgment.

4.  Upon the entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or

other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3); and to commence proceedings that comply with statutes governing third party rights, if applicable.

5. The government is not required to publish notice regarding the personal forfeiture judgment against Defendant; however, the Order shall be recorded in the records of the County Clerk's Office in the County of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

6. Upon entry of the criminal judgment, this Order becomes final as to Defendant and shall be made a part of the sentence and included in the criminal judgment.

7. The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8. The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

s/ Bruce Howe Hendricks
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

October 31, 2025
Charleston, South Carolina